UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE LEE FREY, | : CIVIL ACTION NO. 3:CV-16-2296 |
| Petitioner | : (Judge Nealon) |
| v. | : |
| ROBERT GILMORE, Superintendent, | : |
| Respondent | : |

## ORDER

**AND NOW THIS 27th DAY OF APRIL, 2018**, upon consideration of Respondent's April 19, 2018 response to the above captioned petition for writ of habeas corpus, and in the interest of justice of having the underlying merits of Petitioner's claims decided, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for sanctions, for Respondents' failure to file an answer (Doc. 24) is **DENIED**.

2. Petitioner's motion for leave to re-file discovery request (Doc. 23) is **DENIED** in light of Respondent's response to the petition.

                                                   /s/ William J. Nealon
                                         **United States District Judge**